IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
|    Bernard Leriche | :    Chapter 13 |
| | :    Case No 25-12046-djb |
| Debtor | : |
| | : |

O R D E R

AND NOW, this _____ day of _____, 2025, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before July 4, 2025.

_____
HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE

**Date: June 23, 2025**