**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **BERNARD LERICHE** | : | HEARING: September 4, 2025 – 11:00 AM |
| Debtor | : | No. 25-12046(djb) |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**AND NOW**, this _____ day of _____, 2025, upon consideration of the Motion of Philadelphia Federal Credit Union (**"PFCU"**) pursuant to §§362(d) and (e) for Relief from the Automatic Stay under Section 362(a) of the Bankruptcy Code (the **"Motion"**), and notice and opportunity for hearing thereon, it is hereby

**ORDERED**, that the Motion be, and the same hereby is, granted, and it is further

**ORDERED**, that the Automatic Stay afforded by §362(a) of the Bankruptcy Code be, and hereby is, **VACATED** to permit PFCU to exercise its rights as a secured creditor of the Debtor as more fully set forth in the Motion, pursuant to the note, mortgage and judgment, as to the real property located at 3878 Lima Avenue [Parcel 02-005-145] and [no number] Lima Avenue [part of Parcel 02-005-144], Trevose, Bensalem Township, PA 19020 by continuing its state court proceedings to expose the real properties to Sheriff's Sale.

After any such Sheriff's Sale, PFCU may commence and prosecute such actions as are necessary to perfect its right to a deficiency judgment (if any) under applicable state law, but shall not execute upon any such claim while this case remains open, without further Order of this Court.

**BY THE COURT:**

_____
DEREK J. BAKER
United States Bankruptcy Judge