IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| BERNARD LERICHE, | : CASE NO. 25-12046 DJB |
| DEBTOR, | |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME : September 18, 2025 @ 9:30 a.m. |
| MOVANT, | |
| V. | |
| BERNARD LERICHE, | |
| RESPONDENT, | : RELATED TO DOCKET NO. 29 |

**CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN**

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on September 15, 2025 by:

**25-12046-djb Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

MATTHEW K. FISSEL on behalf of Creditor LAKEVIEW LOAN SERVICING, LLC
bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

WILLIAM J LEVANT on behalf of Creditor Philadelphia Federal Credit Union
efile.wjl@kaplaw.com, wlevant@gmail.com

BRAD J. SADEK on behalf of Debtor Bernard Leriche
brad@sadeklaw.com,
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

**25-12046-djb Notice will not be electronically mailed to:**

EXECUTED ON: September 15, 2025

/s/Jonathan W. Chatham
Jonathan W. Chatham
Deputy Chief Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
PA I.D. # 209683
Phone: 717-783-3673
Facsimile: 717-772-1459