# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bernard Leriche, | Case No. 25-12046-djb |
| | Chapter 13 |
| *Debtor*. | |

## Praecipe to Withdraw Document

To the Clerk of Court:

Please withdraw the Debtor's Response to Motion for Relief from Stay of Philadelphia Federal Credit Union that was filed on August 4, 2025, at ECF No. 27. Thank you.

Date: October 15, 2025

SADEK LAW OFFICES, LLC
*Attorney for Debtor*

By: /s/ Brad J. Sadek, Esq.
    Brad J. Sadek, Esq.
    1500 JFK Boulevard, Suite 220
    Philadelphia, PA 19102
    215-545-0008
    brad@sadeklaw.com