**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                              :        CHAPTER 13
   **BERNARD LERICHE**            ·        HEARING: October 16, 2025 – 11:00 AM
      Debtor            :        No. 25-12046(djb)

**AFFIDAVIT of JOAN SHAPPELL,**
**VICE PRESIDENT of PHILADELPHIA FEDERAL CREDIT UNION**

I, Joan Shappell, do hereby certify and state, under penalty of 28 U.S.C. §1746 that:

A.    I am a Vice President of Philadelphia Federal Credit Union ("**PFCU**").

B.    I am authorized to take this Affidavit on PFCU'S behalf, and I have sufficient knowledge of the relevant facts to properly do so.

C.    The monthly payment on the Debtor's first mortgage loan is $1,009.17, due on the 6th of each month.

D.    This bankruptcy case was filed on May 23, 2025.  Therefore, <u>five</u> monthly payments of $1,009.17 each have fallen due from the filing date to today, a total of $5,045.85, plus $201.83 in late charges.

E.    During the pendency of this case, the Debtor has paid just $4,186.00 on account of his first mortgage loan.

F.    To the best of PFCU's knowledge, the Debtor has not obtained insurance on the mortgaged property.

              **PHILADELPHIA FEDERAL CREDIT UNION**

By:    _Joan Shappell VP_
          Joan Shappell, Vice President

Date: October 16, 2025

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **BERNARD LERICHE** | : | HEARING: October 16, 2025 – 11:00 AM |
| Debtor | : | No. 25-12046(djb) |

## CERTIFICATE of SERVICE

I hereby certify that I sent a copy of the foregoing Affidavit to each of the persons named

below, by First Class Mail (unless otherwise stated) on October 16, 2025:

| | |
|---|---|
| Bernard Leriche<br>3878 Lima Avenue<br>Feasterville, PA 19053 | (first class mail) |
| Brad Sadek, Esquire<br>Counsel for the Debtor | (served by ECF) |
| Kenneth E. West, Esquire<br>Chapter 13 Trustee | (served by ECF) |
| Office of the US Trustee | (served by ECF) |

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:   */s/ William J. Levant, Esquire*
**William J. Levant, Esquire**
Kaplin Stewart Meloff Reiter & Stein, P.C.
910 Harvest Drive; P.O. Box 3037
Blue Bell, PA 19422
Phone: (610) 941-2474
Facsimile: (610) 684-2020
wlevant@kaplaw.com
Attorneys for Philadelphia Federal Credit Union