IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **BERNARD LERICHE** | : | No. 25-12046(djb) |
| Debtor | : | |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**AND NOW**, this ___ day of _____, 2025, upon consideration of the Motion of Philadelphia Federal Credit Union (**"PFCU"**) pursuant to §§362(d) and (e) for Relief from the Automatic Stay under Section 362(a) of the Bankruptcy Code (the **"Motion"**), and notice and opportunity for hearing thereon, it is hereby

**ORDERED**, that the Motion be, and the same hereby is, granted, and it is further

**ORDERED**, that the Automatic Stay afforded by §362(a) of the Bankruptcy Code be, and hereby is, **VACATED** to permit PFCU to exercise its rights as a secured creditor of the Debtor as more fully set forth in the Motion, pursuant to the note, mortgage and judgment, as to the real property located at 3878 Lima Avenue [Parcel 02-005-145] and [no number] Lima Avenue [part of Parcel 02-005-144], Trevose, Bensalem Township, PA 19020 by continuing its state court proceedings to expose the real properties to Sheriff's Sale.

BY THE COURT:

_____
DEREK J. BAKER
United States Bankruptcy Judge

**Date: October 17, 2025**