

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 25-12046-djb

    Bernard Leriche,                                          Chapter 13

                Debtor.

**Debtor's Motion to Reconsider Stay Relief Order**

    **AND NOW**, Debtor Bernard Leriche, through his attorney, moves for the entry of an order reinstating the automatic stay. In support of this Motion, the Debtor states as follows:

    1.    The Debtor owns real property located at 3878 Lima Avenue in Trevose, Pennsylvania.

    2.    The Lima Property's mortgage lender filed a motion for relief from the automatic stay on July 30, 2025, on the basis that the property was not insured and that the Debtor was delinquent on post-petition payments.

    3.    The Court granted relief on October 17, 2025.

    4.    Since relief was granted, the Debtor has obtained insurance and become substantially current on post-petition payments.

    5.    Because the grounds for relief no longer exist, the Debtor requests that the Court reconsider its order granting relief from the automatic stay.

    **FOR THOSE REASONS,** the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: October 27, 2025             **SADEK LAW OFFICES LLC**
*Attorney for Debtor*

By: /s/ Michael I. Assad
    Michael I. Assad (#330937)
    1500 JFK Blvd., Suite 220
    Philadelphia, PA 19102
    215-545-0008
    michael@sadeklaw.com