# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:  | Case No. 25-12046-djb
Bernard Leriche, | Chapter 13
Debtor.

### Order Reinstating Automatic Stay as to 3878 Lima Avenue

**AND NOW**, upon consideration of the *Motion to Reconsider Stay Relief Order* filed by Debtor Bernard Leriche, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The order entered at ECF No. 38 is **VACATED**.

3. The automatic stay under Section 362(a) of the Bankruptcy Code is reinstated as to the property located at 3878 Lima Avenue (parcels 02-005-145 and 02-005-144).

Date:

Derek J. Baker
U.S. Bankruptcy Judge