# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:  

Bernard Leriche,

Debtor.

Case No. 25-12046-djb

Chapter 13

**ORDER**

    **AND NOW**, upon consideration of the Debtor's Motion to Reconsider Stay Relief Order filed at ECF No. 40 ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be held on **November 13, 2025, at 11:00 a.m.** (the "Hearing"). The Hearing will be conducted in the following formats:

    ☒ Video Conference using the following link: ZoomGov.com with Join Meeting ID 161 0657 4791
    *If no link is provided, the video conference link will be included on the hearing calendar.*

    ☒ In-Person in Courtroom No. 2 at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107.

3. The Hearing on this Motion will be an evidentiary hearing.

4. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

5. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), all secured creditors and all parties otherwise requesting notice by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on October 29, 2025. Service made to each party identified above through the court's CM/ECF system is effective.

6. The Movant shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than 5:00 p.m. on October 29, 2025.

7. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

**DATE: October 27, 2025**

_____  
Derek J. Baker  
United States Bankruptcy Judge