**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Bernard Leriche,<br><br>　　　　　*Debtor(s)*. | Case No. 25-12046-DJB<br>Chapter 13 |

**Notice of Motion, Response Deadline,**
**and Telephonic or Video Hearing Date**

　　The above Debtor(s) filed a Motion to Reconsider with the court for the reasons stated in the motion.

1. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then you or your attorney must appear at the hearing or file a response before the hearing. *(see instructions on next page)*

3. A hearing on the Motion is scheduled to be held on Thursday, November 13, 2025, at 11:00AM Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing conducted in the following format:

    ☒　Video Conference using the following link: https://zoomgov.com/j/16106574791

    ☒　In-Person participation is also available for this hearing in Courtroom No. 2 at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107.

4. **If you do not file a response to the Motion before the hearing or appear at the hearing**, the court may enter an order granting the relief requested in the Motion.

5. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

1. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-2**, you must file your response electronically.

2. **If you are not required to file electronically**, you must file your response at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107.

3. **If you mail your response** to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

> Brad J. Sadek
> Sadek Law Offices, LLC
> 1500 JFK Boulevard, Suite 220
> Philadelphia, PA 19102
> 215-545-0008
> brad@sadeklaw.com

Date: October 29, 2025