# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:                                                      Case No. 25-12046-djb

    Bernard Leriche,                                Chapter 13

                                         Debtor.

**Certificate of Service**

I, Brad J. Sadek, certify that on November 7, 2025, I did cause a true and correct copy of the documents described below to be served on ~~the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to~~ all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Declaration of Bernard Leriche

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 7, 2025                          /s/ Brad J. Sadek
                                                             Brad J. Sadek
                                                             Sadek Law Offices, LLC
                                                            1500 JFK Boulevard, Suite 220
                                                            Philadelphia, PA 19102
                                                            215-545-0008
                                                            brad@sadeklaw.com