**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:                                                                                  Case No. 25-12046-djb

  Bernard Leriche,                                                        Chapter 13

                                   Debtor.

**Order Reinstating Automatic Stay as to 3878 Lima Avenue**

  **AND NOW**, upon consideration of the *Motion to Reconsider Stay Relief Order* filed by Debtor Bernard Leriche, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The order entered at ECF No. 38 is **VACATED** and the automatic stay under Section 362(a) of the Bankruptcy Code is reinstated as to the property located at 3878 Lima Avenue (parcels 02-005-145 and 02-005-144) in Trevose, Pennsylvania (the "Property").

3. The Debtor must continue to timely fulfill all contractual obligations to Philadelphia Federal Credit Union under the mortgage note dated July 7, 2022.

4. If the Debtor does not comply with Paragraph 3 above, PFCU may send the Debtor a default notice, which must explain all action required to cure the default and sent by first class mail to the Debtor's address on file with the Clerk of Court. A copy of the notice and a certificate of service must be promptly filed on the docket.

5. If the Debtor has not cured the default within ten days after the notice is filed on the docket, PFCU may certify default to the Court.

6. After certification of a default, the Court will enter an order to show cause why the automatic stay should not be modified to permit PFCU to enforce its <u>in rem</u> rights under applicable nonbankruptcy law with respect to the Property.

Date:                                                          _____
                                                                       Derek J. Baker
                                                                       U.S. Bankruptcy Judge