# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>  Bernard Leriche,<br><br>                              Debtor. | Case No. 25-12046-djb<br><br>Chapter 13 |

## Certificate of Service

I, Michael I. Assad, certify that on December 1, 2025, I did cause a true and correct copy of the documents described below to be served on ~~the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to~~ all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Brief in Support of Motion to Reconsider

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: December 1, 2025                     /s/ Michael I. Assad
                                           Michael I. Assad
                                           Sadek Law Offices, LLC
                                           1500 JFK Boulevard, Suite 220
                                           Philadelphia, PA 19102
                                           215-545-0008
                                           michael@sadeklaw.com