IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO.  13 |
| | : |
| BERNARD LERICHE, | : CASE NO. 25-12046 DJB |
| | : |
| _____DEBTOR_____ | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : June 25, 2026 @ 9:30 a.m. |
| | : |
| MOVANT | : |
| | : |
| V. | : |
| | : |
| BERNARD LERICHE, | : |
| | : |
| RESPONDENT | : RELATED TO DOCKET NO. 72 |
| | : |

**CERTIFICATE OF SERVICE FOR WITHDRAWAL OF THE PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN**

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Withdrawal of the Pennsylvania Department of Revenue's Objection to Proposed Chapter 13 Plan, on the parties at the below addresses, on June 16, 2026 by:

**25-12046-djb Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

MATTHEW K. FISSEL on behalf of Creditor LAKEVIEW LOAN SERVICING, LLC
bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

WILLIAM J LEVANT on behalf of Creditor Philadelphia Federal Credit Union
efile.wjl@kaplaw.com, wlevant@gmail.com

BRAD J. SADEK on behalf of Debtor Bernard Leriche
brad@sadeklaw.com,
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;docume
nts@sadeklaw.com;michael@sadeklaw.com

MAGGIE S SOBOLESKI on behalf of Creditor LAKEVIEW LOAN SERVICING,
LLC
msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

**25-12046-djb Notice will not be electronically mailed to:**


EXECUTED ON:  June 16, 2026

By:     /s/ *Jonathan W. Chatham*
        Deputy Chief Counsel
        PA Department of Revenue
        Office of Chief Counsel
        P.O. Box 281061
        Harrisburg, PA 17128-1061
        PA Attorney I.D.: 209683
        Phone: (717) 783-3673
        Facsimile: (717) 772-1459