**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bernard Leriche** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **2:25-bk-12046** |

☒ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.     11 U.S.C. § 522(b)(3)

   ☒ You are claiming federal exemptions.     11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **3878 Lima Avenue, Feasterville Trevose, PA 19053 Bucks County FMV $343,900 (minus cost of sale) $275,120** Line from *Schedule A/B*: **1.2** | **$275,120.00** | ☒ **$31,575.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| **3878 Lima Avenue, Feasterville Trevose, PA 19053 Bucks County FMV $343,900 (minus cost of sale) $275,120** Line from *Schedule A/B*: **1.2** | **$275,120.00** | ☒ **$1,675.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **2018 Chevrolet Equinox 86753 miles** Line from *Schedule A/B*: **3.1** | **$9,756.00** | ☒ **$5,025.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| **Used Household Goods and Furnishings** Line from *Schedule A/B*: **6.1** | **$2,500.00** | ☒ **$2,500.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Televisions (2), desktop computer** Line from *Schedule A/B*: **7.1** | **$1,850.00** | ☒ **$1,850.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1   **Bernard Leriche**

Case number (if known)   **2:25-bk-12046**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | | Specific laws that allow exemption |
|---|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | | |
| **Used Everyday Wearing Apparel** Line from *Schedule A/B*: **11.1** | **$500.00** | ☒ | **$500.00** | **11 U.S.C. § 522(d)(3)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Leriche Express CC, LLC** **Assets: 2021 Ford E450 (FMV $30,000 - Owed $25,357) 2016 Ford F350 (FMV $14,930 - no lien) 2022 Ford 250 (FMV $34,540 - Owed $53,171) 2021 Ford Explorer (FMV $17,430 - Owed $25,357) 2011 International (FMV $20,000 - No lien) 2023 PJ Trailer (FMV $8,001 - Owed $7,811.30 - POC filed ) Tools, equipment (est - $4,000)** **$121,900 (minus liens of $111,696) $10,204** Line from *Schedule A/B*: **19.1** | **$10,204.00** | ☒ | **$3,175.00** | **11 U.S.C. § 522(d)(6)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

☒   No

☐   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☐   No

☐   Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy